IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK TAYLOR, #205567, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 2:07-CV-362-MHT |
| | ) |
| RICHARD ALLEN, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Upon receipt of the initial partial filing fee on July 2, 2007, and for good cause, it is

ORDERED that the Recommendation entered on May 30, 2007 (Court Doc. No. 4) be and is hereby WITHDRAWN.

Done this 3rd day of July, 2007.

                                                    /s/ Terry F. Moorer
                                                  TERRY F. MOORER
                                                  UNITED STATES MAGISTRATE JUDGE