IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK TAYLOR, #205567, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | )   2:07-CV-362-MHT |
| | )      [WO] |
| RICHARD ALLEN, | ) |
| | ) |
|    Defendant. | ) |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on July 6, 2007 (Doc. #6), that Plaintiff's Complaint be dismissed prior to service of process without prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

After a review of the recommendation, to which Plaintiff did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

An appropriate order will be entered.

DONE, this the 27th day of August, 2007.

                                        /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE