```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001438
Cashier ID: cstrecke
Transaction Date: 12/06/2007
Payer Name: FOUNTAIN CORRECTIONAL CENTER
------------------------------
PLRA CIVIL FILING FEE
  For: MARK TAYLOR
  Case/Party: D-ALM-2-07-CV-000362-001
  Amount:         $10.00
------------------------------
CHECK
  Remitter: FOUNTAIN CORR FACILITY
  Check/Money Order Num: 31674
  Amt Tendered:  $10.00
------------------------------
Total Due:      $10.00
Total Tendered: $10.00
Change Amt:     $0.00
```

DALM207CV000362-M

FOUNTAIN CORRECTIONAL CENTER

FOR MARK TAYLOR

FOUNTAIN 3800
ATMORE, AL  36503