```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004264
Cashier ID: brobinso
Transaction Date: 03/12/2008
Payer Name: FOUNTAIN CORRECTIONAL CENTER
--------------------------------------
PLRA CIVIL FILING FEE
 For: MARK TAYLOR
 Case/Party: D-ALM-2-07-CV-000362-001
 Amount:         $25.00
--------------------------------------
CHECK
 Check/Money Order Num: 31914
 Amt Tendered:   $25.00
--------------------------------------
Total Due:       $25.00
Total Tendered:  $25.00
Change Amt:      $0.00
```