```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004873
Cashier ID: khaynes
Transaction Date: 04/28/2008
Payer Name: FOUNTAIN CORRECTIONAL CENTER
--------------------------------------
PLRA CIVIL FILING FEE
 For: MARK TAYLOR
 Case/Party: D-ALM-2-07-CV-000362-001
 Amount:         $20.00
--------------------------------------
CHECK
 Check/Money Order Num: 32159
 Amt Tendered:  $20.00
--------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00
```