```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005530
Cashier ID: khaynes
Transaction Date: 06/17/2008
Payer Name: ELMORE CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: MARK TAYLOR
 Case/Party: D-ALM-2-07-CV-000362-001
 Amount:         $40.00
------------------------------------
CHECK
 Check/Money Order Num: 32778
 Amt Tendered:  $40.00
------------------------------------
Total Due:      $40.00
Total Tendered: $40.00
Change Amt:     $0.00
```