```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006108
Cashier ID: christin
Transaction Date: 08/14/2008
Payer Name: ELMORE CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: MARK TAYLOR
 Case/Party: D-ALM-2-07-CV-000362-001
 Amount:         $80.00
------------------------------------
CHECK
 Remitter: ELMORE CORRECTIONAL CENTER
 Check/Money Order Num: 32939
 Amt Tendered:  $80.00
------------------------------------
Total Due:       $80.00
Total Tendered:  $80.00
Change Amt:      $0.00
```